CHAPTER 13 TRUSTEE
Northern District of Alabama
Southern Division
P.O. Box 10848
Birmingham, AL 35202-0848
(205) 323-4631 Telephone
(205) 252-0239 Facsimile
info@ch13bham.com

## CLAIM MEMO

DATE: 5/26/21

CASE NO.: 18-01564-TOM-13

DEBTOR: DANIEL BLACKERBY

CREDITOR: WELLS FARGO BANK

CLAIM NO.: 09

CLAIM AMOUNT: $15324.24

The item checked below explains the written correspondence received by the Chapter 13 Trustee, copies of which are attached hereto, and the action taken thereon by the Trustee:

- ☐ The mailing address has changed for distributions to this creditor.
- ☐ This claim or its servicing has been transferred to another creditor at a different address.
- ☐ This claim is withdrawn.
- ☐ The balance due on this claim is withdrawn.
- ☐ This claim has been satisfied.
- ☐ The balance due on this claim has been satisfied.
- ☐ According to the creditor, relief from the automatic stay has been granted.
- ☐ According to the creditor, a foreclosure or repossession has occurred regarding the collateral for this claim.
- ☒ Other: Creditor sent a letter stating that claim # 09 has been transferred to: RUSHMORE LOAN MGMT. Therefore, the Trustee has changed the creditor for claim #09 and will make no further distributions to old creditor.

By: /s/Crystal Smith
Crystal Smith, Audit Clerk



Wells Fargo Home Mortgage
MAC F2302-045
1 Home Campus
Des Moines, IA 50328

May 20, 2021

Daniel W Blackerby
7214 Poston Rd
Trussville AL 35173 5130

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

Subject: Returning check
Loan number: 0488617341, Client 936
Case number: 1801564

Dear Daniel W Blackerby :

We're returning the following check to you because:
This loan has been transferred to a new servicer,
Rushmore Loan Management Services LLC.

    Check amount:      $        264.31
    Check number:      0004516274
    Date of check:     05/20/21

If you have any questions or need further assistance, please call us at 1-800-274-7025, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Cash Management
Wells Fargo Home Mortgage

Enclosure

CA281/NXU